JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JOSE MORRIS SALCIDO, ) | Case No. EDCV 08-0704-R (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| DERRAL G. ADAMS, Warden, ) | |
| Respondent. ) | |

   IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: September 16, 2008

_____
Manuel L. Real
United States District Judge